670 A.2d 127

COMMONWEALTH of Pennsylvania, Appellee,

v.

Shawn WALKER, Appellant.

Supreme Court of Pennsylvania.

Aug. 4, 1995.

## *ORDER*

PER CURIAM:

**AND NOW,** this 4th day of August, 1995, the Execution in the above captioned matter is stayed pending resolution of the Petition for Certiorari by the United States Supreme Court.

MONTEMURO, J., is sitting by designation.